IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-17-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARIO MARIN AGUILAR, | |
| Defendant. | |

On October 7, 2025, Defendant Mario Marin Aguilar appeared before the Court for a hearing on this issue of his release or detention pursuant to 18 U.S.C. § 3148(b). At the hearing, Defendant informed the Court that he has secured admission to treatment at Recovery Centers of Montana ("RCM"), to begin on October 14, 2025. Following argument, the Court ordered Defendant's release from custody, to coincide with his admission to RCM on October 14, 2025.

IT IS ORDERED that Defendant shall be released from custody on October 14, 2025, subject to all previously imposed conditions of his pretrial release.

//

//

1

IT IS FURTHER ORDERED that Defendant shall file notice, informing the Court of Defendant's release date from RCM, once such a date has been identified.

DATED this 7th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge